

SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1    Daniel G. Bogden
     United States Attorney
2    Kimberly M. Frayn
     Lisa Cartier-Giroux
3    Assistant United States Attorney
     333 Las Vegas Boulevard, Suite 5000
4    Las Vegas, Nevada 89101
     (702)388-6336
5
     Attorneys for Plaintiff
6    United States of America

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
        COUNSEL/PARTIES OF RECORD

        FEB - 3 2016

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

             Plaintiff,

         v.

Emile Edward Bouari,
Kimberly Ann Milko,
Mary Diane Green, and
Ghassan Bouari Houbous,

             Defendants.

2:16-cr- 3 2

**SEALED CRIMINAL INDICTMENT**

**VIOLATIONS:**
18 U.S.C. §1956(a)(3)—Money Laundering;
18 U.S.C. §1956(h)—Conspiracy to Commit
Money Laundering
18 U.S.C. § 2-Aiding and Abetting

**THE GRAND JURY CHARGES THAT:**

COUNT ONE
Money Laundering

On or about May 8, 2014, in the State and Federal District of Nevada,

EMILE EDWARD BOUARI,

defendant herein, with the intent to promote the carrying on of specified unlawful activity and the

intent to conceal and disguise the nature, location, source, ownership and control of property

believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to

conduct a financial transaction, in and affecting interstate commerce, in the amount of

1

1 approximately twenty thousand dollars ($20,000), involving property represented by a federal

2 law enforcement officer to be proceeds of specified unlawful activity and property used to

3 conduct and facilitate specified unlawful activity, to wit: monies and funds derived from

4 narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from

5 transporting, recruiting and harboring and causing the transportation recruiting and harboring of

6 persons for commercial sex acts, all in violation of Title 18, United States Code, Section

7 1956(a)(3)(A) and (B).

8

9                                    COUNT TWO
                                   Money Laundering

10        On or about May 29, 2014, in the State and Federal District of Nevada,

11                          EMILE EDWARD BOUARI,

12 defendant herein, with the intent to promote the carrying on of specified unlawful activity and

13 the intent to conceal and disguise the nature, location, source, ownership and control of property

14 believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to

15 conduct a financial transaction, in and affecting interstate commerce, in the amount of

16 approximately fifty thousand dollars ($50,000), involving property represented by a federal law

17 enforcement officer to be proceeds of specified unlawful activity and property used to conduct

18 and facilitate specified unlawful activity, to wit: monies and funds derived from narcotics

19 trafficking, that is, the possession and sale of illegal controlled substances; and from

20 transporting, recruiting and harboring and causing the transportation recruiting and harboring of

21 persons for commercial sex acts, all in violation of Title 18, United States Code, Section

22 1956(a)(3)(A) and (B).

23

24

25

26

27

28                                            2

COUNT THREE
Money Laundering

On or about September 29, 2014, in the State and Federal District of Nevada,

EMILE EDWARD BOUARI,

defendant herein, with the intent to promote the carrying on of specified unlawful activity and the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction, in and affecting interstate commerce, in the amount of approximately one hundred thousand dollars ($100,000), involving property represented by a federal law enforcement officer to be proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, to wit: monies and funds derived from narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from transporting, recruiting and harboring and causing the transportation recruiting and harboring of persons for commercial sex acts, all in violation of Title 18, United States Code, Section 1956(a)(3)(A) and (B).

COUNT FOUR
Money Laundering

On or about September 30, 2014, in the State and Federal District of Nevada,

MARY DIANE GREEN, and
EMILE EDWARD BOUARI,

defendant herein, with the intent to promote the carrying on of specified unlawful activity and the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction, in and affecting interstate commerce, in the amount of approximately twenty five thousand dollars ($25,000), involving property represented by a federal law enforcement officer to be proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, to wit: monies and funds derived from narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from

3

1    transporting, recruiting and harboring and causing the transportation recruiting and harboring of

2    persons for commercial sex acts, all in violation of Title 18, United States Code, Section

3    1956(a)(3)(A) and (B), and Title 18, United States Code, Section 2.

4

5                                       COUNT FIVE
                                       Money Laundering

6    On or about September 30, 2014, in the State and Federal District of Nevada,

7                               KIMBERLY ANN MILKO, and
                               EMILE EDWARD BOUARI,

8    defendant herein, with the intent to promote the carrying on of specified unlawful activity, and

9    the intent to conceal and disguise the nature, location, source, ownership and control of property

10   believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to

11   conduct a financial transaction, in and affecting interstate commerce, in the amount of

12   approximately twenty five thousand dollars ($25,000), involving property represented by a

13   federal law enforcement officer to be proceeds of specified unlawful activity and property used

14   to conduct and facilitate specified unlawful activity, to wit: monies and funds derived from

15   narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from

16   transporting, recruiting and harboring and causing the transportation recruiting and harboring of

17   persons for commercial sex acts, all in violation of Title 18, United States Code, Section

18   1956(a)(3)(A) and (B), and Title 18, United States Code, Section 2.

19

20                                       COUNT SIX
                                       Money Laundering

21

22   On or about October 27, 2014, in the State and Federal District of Nevada,

23                               EMILE EDWARD BOUARI,

24   defendant herein, with the intent to promote the carrying on of specified unlawful activity and

25   the intent to conceal and disguise the nature, location, source, ownership and control of property

26   believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to

27   conduct a financial transaction, in and affecting interstate commerce, in the amount of

28                                          4

1    approximately one hundred thousand dollars ($100,000), involving property represented by a
2    federal law enforcement officer to be proceeds of specified unlawful activity and property used
3    to conduct and facilitate specified unlawful activity, to wit: monies and funds derived from
4    narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from
5    transporting, recruiting and harboring and causing the transportation recruiting and harboring of
6    persons for commercial sex acts, all in violation of Title 18, United States Code, Section
7    1956(a)(3)(A) and (B).

8
                                    COUNT SEVEN
9                                   Money Laundering
10        On or about October 28, 2014, in the State and Federal District of Nevada,
11
                            KIMBERLY ANN MILKO, and
12                          EMILE EDWARD BOUARI,
13   defendant herein, with the intent to promote the carrying on of specified unlawful activity and
14   the intent to conceal and disguise the nature, location, source, ownership and control of property
15   believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to
16
17   conduct a financial transaction, in and affecting interstate commerce, in the amount of
18   approximately twenty five thousand dollars ($25,000), involving property represented by a
19   federal law enforcement officer to be proceeds of specified unlawful activity and property used
20   to conduct and facilitate specified unlawful activity, to wit: monies and funds derived from
21   narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from
22
23   transporting, recruiting and harboring and causing the transportation recruiting and harboring of
24   persons for commercial sex acts, all in violation of Title 18, United States Code, Section
25   1956(a)(3)(A) and (B), and Title 18 United States Code, Section 2.
26
27
28                                         5

1

## COUNT EIGHT
Money Laundering

2        On or about December 1, 2014, in the State and Federal District of Nevada,

3

KIMBERLY ANN MILKO, and
4                EMILE EDWARD BOUARI,

5   defendant herein, with the intent to promote the carrying on of specified unlawful activity and

6   the intent to conceal and disguise the nature, location, source, ownership and control of property

7
    believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to
8
9   conduct a financial transaction, in and affecting interstate commerce, in the amount of

10  approximately thirty thousand dollars ($30,000), involving property represented by a federal law

11  enforcement officer to be proceeds of specified unlawful activity and property used to conduct

12  and facilitate specified unlawful activity, to wit: monies and funds derived from narcotics

13  trafficking, that is, the possession and sale of illegal controlled substances; and from

14
    transporting, recruiting and harboring and causing the transportation recruiting and harboring of
15
16  persons for commercial sex acts, all in violation of Title 18, United States Code, Section

17  1956(a)(3)(A) and (B), and Title 18, United States Code, Section 2.

18

19                      ## COUNT NINE
Money Laundering

20        On or about December 1, 2014, in the State and Federal District of Nevada,

21                    EMILE EDWARD BOUARI,

22  defendant herein, with the intent to promote the carrying on of specified unlawful activity and

23  the intent to conceal and disguise the nature, location, source, ownership and control of property

24  believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to

25  conduct a financial transaction, in and affecting interstate commerce, in the amount of

26  approximately seventy five thousand dollars ($75,000), involving property represented by a

27

28                                6

1   federal law enforcement officer to be proceeds of specified unlawful activity and property used

2   to conduct and facilitate specified unlawful activity, to wit: monies and funds derived from

3   narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from

4   transporting, recruiting and harboring and causing the transportation recruiting and harboring of

5   persons for commercial sex acts, all in violation of Title 18, United States Code, Section

6   1956(a)(3)(A) and (B).

7
                                        COUNT TEN
8                                     Money Laundering

9              On or about February 3, 2015, in the State and Federal District of Nevada,

10                              KIMBERLY ANN MILKO, and
                                EMILE EDWARD BOUARI,
11

12   defendant herein, with the intent to promote the carrying on of specified unlawful activity and

13   the intent to conceal and disguise the nature, location, source, ownership and control of property

14   believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to

15   conduct a financial transaction, in and affecting interstate commerce, in the amount of

16   approximately thirty thousand dollars ($30,000), involving property represented by a federal law

17   enforcement officer to be proceeds of specified unlawful activity and property used to conduct

18   and facilitate specified unlawful activity, to wit: monies and funds derived from narcotics

19   trafficking, that is, the possession and sale of illegal controlled substances; and from

20   transporting, recruiting and harboring and causing the transportation recruiting and harboring of

21   persons for commercial sex acts, all in violation of Title 18, United States Code, Section

22   1956(a)(3)(A) and (B), and Title 18, United States Code, Section 2.

23
                                       COUNT ELEVEN
24                                    Money Laundering

25             On or about April 27, 2015, in the State and Federal District of Nevada,

26                              EMILE EDWARD BOUARI,

27

28                                            7

1  defendant herein, with the intent to promote the carrying on of specified unlawful activity and

2  the intent to conceal and disguise the nature, location, source, ownership and control of property

3  believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to

4  conduct a financial transaction, in and affecting interstate commerce, in the amount of

5  approximately ~~thirty~~ fifty thousand dollars ($50,000), involving property represented by a federal

6  law enforcement officer to be proceeds of specified unlawful activity and property used to

7  conduct and facilitate specified unlawful activity, to wit: monies and funds derived from

8  narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from

9  transporting, recruiting and harboring and causing the transportation recruiting and harboring of

10 persons for commercial sex acts, all in violation of Title 18, United States Code, Section

11 1956(a)(3)(A) and (B).

<u>COUNT TWELVE</u>
Money Laundering

14     On or about August 20, 2015, in the State and Federal District of Nevada, and elsewhere,

EMILE EDWARD BOUARI, and
GHASSAN BOUARI HOUSBOUS,

17 defendants herein, aiding and abetting one another and others, with the intent to promote the

18 carrying on of specified unlawful activity and the intent to conceal and disguise the nature,

19 location, source, ownership and control of property believed to be the proceeds of specified

20 unlawful activity, did knowingly conduct and attempt to conduct a financial transaction, in and

21 affecting interstate commerce, in the amount of approximately sixty thousand dollars ($60,000),

22 involving property represented by a federal law enforcement officer to be proceeds of specified

23 unlawful activity and property used to conduct and facilitate specified unlawful activity, to wit:

24 monies and funds derived from narcotics trafficking, that is, the possession and sale of illegal

25 controlled substances; and from transporting, recruiting and harboring and causing the

26 transportation recruiting and harboring of persons for commercial sex acts, all in violation of

8

1  Title 18, United States Code, Section 1956(a)(3)(A) and (B), and Title 18 United States Code,

2  Section 2.

3

4  COUNT THIRTEEN
   Conspiracy to Commit Money Laundering

5  From a date unknown but not earlier than in or around March 2014, to on or about the

6  present date, in the State and Federal District of Nevada, Florida, and elsewhere,

7

8  EMILE EDWARD BOUARI,
   KIMBERLY ANN MILKO,

9  MARY DIANE GREEN, and
   GHASSAN BOUARI HOUSBOUS,

10  defendants herein, did knowingly combine, conspire, confederate, and agree with each other and

11  with other persons known and unknown to the Grand Jury to commit offenses against the United

12  States in violation of Title 18, United States Code, Section 1956, to wit: with the intent to

13  promote the carrying on of specified unlawful activity, and the intent to conceal and disguise the

14  nature, location, source, ownership and control of property believed to be the proceeds of

15  specified unlawful activity, did knowingly conduct and attempt to conduct financial

16  transactions, in and affecting interstate commerce, involving property represented by a federal

17  law enforcement officers to be proceeds of specified unlawful activities and property used to

18  conduct and facilitate specified unlawful activities, to wit: monies and funds derived from

19  narcotics trafficking, that is, the possession and sale of illegal controlled substances; and from

20  transporting, recruiting and harboring and causing the transportation, recruiting, and harboring of

21  persons for commercial sex acts, in violation of Title 18, United States Code, Section

22  1956(a)(3)(A) and (B).

23  Objectives and Manner and Means

24  The objectives of the conspiracy were for the defendants to launder money as described

25  in Counts One through Twelve of this Indictment.

26  The manner and means the defendants used to accomplish the objectives of the

27  conspiracy included, among others, the defendants agreeing to launder bulk cash monies

28  9

1  represented by federal law enforcement officers to be and the defendants believed to be proceeds

2  derived from the illegal criminal activities described above and the defendants agreeing to

3  receive and helping co-conspirators receive a percentage of the money they laundered as

4  compensation for laundering the money.

5          In furtherance of the conspiracy, the defendants laundered approximately $590,000

6  believed by the defendants to be illegal criminal proceeds. In exchange for receiving the bulk

7  cash from federal law enforcement officers, the defendants gave to federal law enforcement

8  officers checks drawn against business bank accounts owned and otherwise controlled by the

9  defendants, which checks were made payable to fictitious shell companies controlled by federal

10  law enforcement and which totaled the amount of cash received less the amount of money the

11  defendants kept as compensation for laundering the money, that is, approximately fifty two

12  thousand nine hundred dollars ($52,900).

13          All in violation of Title 18, United States Code, Section 1956(h).

14

15  <center>FORFEITURE ALLEGATION ONE<br>Money Laundering and Conspiracy to Commit Money Laundering</center>

16          1. The allegations contained in Counts One through Thirteen of this Criminal Indictment

17  are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture

18  pursuant to Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code,

19  Section 2461(c).

20          2.   Upon conviction of any of the felony offenses charged in Counts One through

21  Thirteen of this Criminal Indictment,

22  <center>EMILE EDWARD BOUARI,<br>KIMBERLY ANN MILKO,<br>MARY DIANE GREEN, and<br>GHASSAN BOUARI HOUBOUS,</center>

23

24

25  defendants herein, shall forfeit to the United States of America, any property, real or personal,

26  involved in transactions or attempted transactions in violation of Title 18, United States Code,

27  Section 1956(a)(3)(A) and (B) and Title 18, United States Code, Section 1956(h), or any

28                                          10

1    property traceable to such property, an in personam criminal forfeiture money judgment

2    including, but not limited to, at least $590,000 (property).

3         3. If any property subject to forfeiture pursuant to Title 18, United States Code, Section

4    981(a)(1)(A) with Title 28, United States Code, Section 2461(c), as a result of any act or

5    omission of the defendants-

6            a.   cannot be located upon the exercise of due diligence;

7            b.   has been transferred or sold to, or deposited with, a third party;

8            c.   has been placed beyond the jurisdiction of the court;

9            d.   has been substantially diminished in value; or

10           e.   has been commingled with other property which cannot be divided without

11              difficulty;

12   it is the intent of the United States of America, pursuant to Title 21, United States Code, Section

13   853(p), to seek forfeiture of any properties of the defendants for the in personam criminal

14   forfeiture money judgment including, but not limited to, at least $590,000.

15        All pursuant to Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United

16   States Code, Section 2461(c); Title 18, United States Code, Section 1956(a)(3)(A) and (B); Title

17   18, United States Code, Section 1956(h); and Title 21, United States Code, Section 853(p).

18

19   <div align="center">FORFEITURE ALLEGATION TWO<br/>Money Laundering and Conspiracy to Commit Money Laundering</div>

20        1. The allegations contained in Counts One through Thirteen of this Criminal Indictment

21   are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture

22   pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code,

23   Section 2461(c).

24

25

26

27

28                             11

2.   Upon conviction of any of the felony offenses charged in Counts One through Thirteen of this Criminal Indictment,

<div align="center">
EMILE EDWARD BOUARI,<br>
KIMBERLY ANN MILKO,<br>
MARY DIANE GREEN, and<br>
GHASSAN BOUARI HOUBOUS ,
</div>

defendants herein, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1956(a)(3)(A) and (B), specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1956(h), conspiracy to commit such offenses, an in personam criminal forfeiture money judgment including, but not limited to, at least $590,000 (property).

3.   If any property being subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendants –

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendants for the in personam criminal forfeiture money judgment including, but not limited to, at least $590,000.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 1956(a)(3)(A) and (B); Title 18, United States Code, Section 1956(h); and Title 21, United States Code, Section 853(p).

<div align="center">12</div>

## FORFEITURE ALLEGATION THREE
### Money Laundering or Unlicensed Money Transmitting Business Conspiracy

1. The allegations contained in Counts One through Thirteen of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

2. Upon conviction of any of the felony offenses charged in Counts One through Thirteen of this Criminal Indictment,

> EMILE EDWARD BOUARI,
> KIMBERLY ANN MILKO,
> MARY DIANE GREEN, and
> GHASSAN BOUARI HOUBOUS ,

defendants herein, shall forfeit to the United States of America, any property, real or personal, involved in violations of Title 18, United States Code, Section 1956(a)(3)(A) and (B) and Title 18, United States Code, Section 1956(h), or any property traceable to such property, an in personam criminal forfeiture money judgment including, but not limited to, at least $590,000 (property).

3. If any property subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendants-

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendants for the in personam criminal forfeiture money judgment including, but not limited to, at least $590,000.

13

1  All pursuant to Title 18, United States Code, Section 982(a)(1); Title 18, United States

2  Code, Section 1956(a)(3)(A) and (B); Title 18, United States Code, Section 1956(h); and Title

3  21, United States Code, Section 853(p).

4

5  **DATED:** this 3rd day of February, 2016

6  **A TRUE BILL:**

7                                                            /S/

8                                      FOREPERSON OF THE GRAND JURY

9  DANIEL G. BOGDEN

10  United States Attorney

11

12  KIMBERLY M. FRAYN

   LISA CARTIER-GIROUX

13  Assistant United States Attorneys

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    14