MONT E. TANNER, ESQ.
Nevada Bar Number 004433
LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | CASE NO.: 2:16-CR-00032-JCM-GWS |
|---|---|
| Plaintiff, | |
| vs. | **REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER DEFENDANT'S PRE-TRIAL DETENTION STATUS** |
| EMILE EDWARD BOUARI, | |
| Defendant. | Hearing: 5/1/2018<br>Time:    2:45 pm |

COMES NOW, Defendant, **EMILE EDWARD BOUARI** ("Bouari"), by and through his counsel of record, Mont E. Tanner, Esq., and submits this Reply to the Government's Response to Bouari's Motion to Reconsider Defendant's Pre-Trial Detention Status.

This Motion and Reply are made and based upon the Statement of the Law, the Statements of Facts, the Exhibits, and any

evidence deemed appropriate by the Court at the hearing which has been scheduled for **May 1, 2018, at 2:45 pm, in LV Courtroom 3B,** before the Honorable Magistrate Judge Peggy A. Leen.

### INTRODUCTORY STATEMENT

In its Response to Bouari's Motion, the Government has cited *United States v. Ward,* 63 F. Supp.2d 1203, 1206-07 (C.D. Cal. 1999); *United States v. Dillon,* 938 F.2d 1412, 1415 (1st Cir. 1991), and cases cited therein, for the proposition that in order to reopen a detention hearing, a defendant must show "new information [which] is material to release conditions regarding flight or dangerousness." [Government's Response, at p.2, lines 13-18.]

The Government argues that Bouari fails to meet his burden; Bouari respectfully disagrees. The evidence submitted to Assistant United States Attorney Robert Knief, Esq. ("Knief"), specifically, the allegations of Bouari being involved in a criminal enterprise with international implications, was evidence **not known** to Bouari at the time of his arrest, and which **could not have been known** to him at that time. As stated in the instant motion, and as of this date, counsel for Bouari has still not had a satisfactory response from Knief to counsel's January 31, 2018 letter (sent some four months ago), regarding the voluminous evidence submitted to Knief (submitted some seven months ago), by Bouari's Investigator, Mr. Jeffrey Danik

-2-

("Danik"), a Former FBI Agent and Trial Consultant. (See, **Exh. "C"** to the Motion.)

It is respectfully submitted that it is patently unjust for Bouari to languish in pre-trial detention when the Government has been handed exculpatory evidence detailing the Government's outrageous conduct and false accusations against Bouari, and then having the Government argue that, regardless of what the Government did to Bouari, Bouari cannot prove that he is not a flight risk or a danger to the community. **It has been seven months since evidence of Government wrongdoing was submitted to Knief, and it appears that no review of said evidence has been conducted, and yet a trial date has been set for May 21, 2018 in this matter.** The Government should not be permitted to have it both ways, *i.e.,* to fail to review exculpatory evidence and, at the same time, argue that the defendant should not be released pending trial.

## REPLY

In its Response to the within motion, the Government also states, without any proof whatsoever, that *"Defendant still has significant ties to multiple countries and no substantial ties to the United States. Defendant still has no means of verifiable legal employment."* (Government's Response, at p. 4, lines 11-13.) These are "boilerplate" statements for which the Government has

-3-

no proof, and therefore should not carry any weight with the Court. Bouari, on the other hand, has verifiable proof that:

(a) he has no ties to other countries, and is therefore not a flight risk;

(b) he has verifiable employment waiting for him upon his release; and

( c) he has strong ties to the community, and a place to live, which belie any inference that he is a flight risk or a danger to the community.

**A.  Bouari Is Not a Flight Risk.**

Bouari is not a flight risk. Bouari is a naturalized American Citizen and a successful businessman with a Masters Degree from Boston University. Bouari became a United States citizen by joining the United States armed services, where he served admirably for several years before obtaining an honorable discharge. It should also be noted that Bouari has no criminal history whatsoever.

Bouari's United States Passport, Number 462768102, issued October 30, 2009, indicates, at pages 8, 9, and 11, that Bouari has only traveled outside of the United States when he made one brief trip to Costa Rica in 2015. He has not traveled all around the world; indeed he only traveled to one place outside of the United States. Therefore, the implication of the Government's statement of *"significant ties to multiple countries"* is

-4-

demonstrably false, and the Government has provided no evidence of its statement whatsoever.

Further, counsel for Bouari can surrender his passport to the Court on May 1, 2018 at the hearing of this motion.

It is clear then, that Bouari does not have international ties which would enable him to seek refuge outside of the United States as the Government alleges in its Response. Without funds or a passport, he would never be able to leave the country. Bouari is simply not a flight risk; his only interest now is to work with counsel to clear his name in this case so that he can go on with his life. (A copy of Bouari's passport is attached hereto as **Exhibit "A."**)

Bouari's American citizenship and how he earned it through service in the United States armed services, his educational background, and a review of his passport showing a history of almost no travel at all outside of the United States, are three of the most significant indicators that Bouari is certainly not a flight risk. But there is more.

### B. Bouari Has Employment Waiting For Him.

Bouari has verifiable and legal employment waiting for him. As stated above, Bouari is a highly educated man, with a Masters Degree from Boston University. He has had a long, successful business and personal relationship (since 2001), with Mr. Steven Fitch of Healthy Systems, USA, a successful weight loss company

with locations throughout the West and Midwest. Bouari still enjoys a close personal relationship with Mr. Fitch, and Mr. Fitch is willing to vouch for Bouari's character.

Healthy System's website address is healthysystemsusa.com, and the Las Vegas office telephone number of the company is (702) 748-9949. Mr. Fitch is pictured on the Healthy Systems website with Dr. Oz. Bouari will be working for Mr. Fitch in telephone sales for Healthy Systems, USA, here in Las Vegas. Bouari has the potential to earn a substantial income from legal employment with a company willing to accept him with open arms, in a field where he has over a decade of experience, and the Court is invited to verify this information.

This verifiable legal employment is yet another indicator of Bouari's character, and shows that he is not a flight risk or a danger to the community.

### C. Bouari Has Ties to the Community, a Place to Live, and Is not a Danger to the Community.

Finally, Bouari has ties to the community, by virtue of his employment with Healthy Systems, USA, as detailed above, and the fact that he has a place to live. Therefore he has ties to the community and he is not, and will not be, a danger to the community.

As for Bouari's residence, Bouari will be living at the following address:

-6-

```
                    Reflections at the Lakes
                    2601 S. Grand Canyon Drive
                    Apartment Number:  1059
                    Las Vegas, Nevada 89117
```

This information is also verifiable, and the Government can verify Bouari's address at any time.

Bouari's ties to the community are further evidenced by his Nevada driver's license, his banking associations, *i.e.,* a TD Bank Card, issued to him by his then-employer Weight Loss Co., LLC, now Healthy Systems, USA, and his American Express Business Gold Card. (Copies of Bouari's Nevada driver's license, TD Bank Card, issued to him by his then employer Weight Loss Co., LLC, and American Express Business Gold Card are attached hereto as **Exhibit "B."**)

Other ties to the community were set forth in counsel's January 31, 2018 letter to Knief, and are repeated herein as follows:  Bouari has a step-daughter, Ms. Sydney Milko, with whom he is in regular contact.  Ms. Milko's mother, Kimberly Ann Milko, is a co-defendant in this matter.  Other individuals who are Bouari's colleagues and friends, and who are willing to vouch for his good character are:  Bouari's accountant, Ms. Lavetta Hankins, telephone number: (702) 619-111;  Ms. Ciara Brown, telephone number: (702) 741-1761; and  Lamone Price, telephone number: (702) 801-8822.

As set forth above, there is no evidence that Bouari will be a danger to the community as he has no criminal record whatsoever.

### D. Bouari's Request to Assist His Counsel in Preparing for Trial.

Finally, Bouari renews his request to be released from pre-trial detention so that he may assist his counsel in preparing for trial, which is now scheduled for May 21, 2018. There are voluminous documents to review, and Bouari needs to meet with Mr. Danik, his investigator and trial consultant, and other witnesses, and he has very little time to do so. Bouari, who has been in pre-trial detention for over two years now, wishes to do nothing more than to be able to travel to the office of his counsel to assist him, and to prepare for his upcoming trial.

Bouari will cooperate fully with all Orders and directives of the Court, is happy to have the Court verify his employment, and to verify his new residence address. Bouari will surrender his Passport, and will appear at all Court ordered appointments and hearings.

Based on the foregoing, Bouari respectfully requests that he be granted pre-trial release pending the trial of this action.

/ / /
/ / /
/ / /

-8-

1  WHEREFORE, Defendant EMILE EDWARD BOUARI respectfully
2  requests that the instant motion be granted.
3  **DATED:** April 26, 2018

Respectfully Submitted,

_____
MONT E. TANNER, ESQ.
Nevada Bar Number 004433
LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
*Attorney for Defendant*

-9-

## CERTIFICATE OF SERVICE

I hereby certify that on the **26th** day of April, 2016, I electronically transmitted the foregoing **"REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER DEFENDANT'S PRE-TRIAL DETENTION STATUS,"** to the Clerk's office using the System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel begin registered to receive Electronic Filing.

**DATED:** this 26th day of April, 2018.

LAW OFFICES OF MONT E. TANNER

/s/ Mont E. Tanner, Esq.
An employee of Mont E. Tanner

-10-