# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-32 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| EMILE EDWARD BOUARI, et al., | |
| Defendant(s). | |

Presently before the court is defendant Emile Edward Bouari's motion to continue calendar call and trial date. (ECF No. 154). Defendants Mary Diane Green and Kimberly Ann Milko filed motions for joinder to Bouari's motion. (ECF Nos. 155, 156).

On May 15, 2018, the parties filed a stipulation to continue calendar call and trial date. (ECF No. 157). On May 16, 2018, the court granted the stipulation. (ECF No. 158). Therefore, the parties' motions are moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Bouari's motion to continue calendar call and trial date (ECF No. 154) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant Green's motion for joinder (ECF No. 155) be, and the same hereby is, DENIED as moot.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that defendant Milko's motion for joinder (ECF No. 156) be, and the same hereby is, DENIED as moot.

DATED May 24, 2018.

_____
UNITED STATES DISTRICT JUDGE