1

2

3

4

MONT E. TANNER, ESQ.

5

Nevada Bar Number 004433
LAW OFFICES OF MONT E. TANNER

6

2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121

7

Telephone: (702) 369-9614
Facsimile: (702) 369-5731

8

  *Attorney for Defendant*

9

10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11

12

UNITED STATES OF AMERICA,                    CASE NO.:  2:16-CR-00032-JCM-GWS

13

                    Plaintiff,

14

vs.                                                                    **ORDER**

15

EMILE EDWARD BOUARI,

16

                    Defendant.

17

18

19

        **IT IS HEREBY ORDERED** that Defendant Emile Edward Bouari's

20

unopposed motion to go to the Gym and to the Library, as approved by

21

Pre-Trial Services, is hereby granted.

22

        **Dated**, this __13th__ day of June, 2018

23

24

_____
UNITED STATES MAGISTRATE JUDGE

25

26

27

28