1  DAYLE ELIESON
   United States Attorney
2  ROBERT A. KNIEF
   Assistant United States Attorney
3  District of Nevada
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada  89101
   Phone:  (702) 388-6336
5  Fax:  (702) 388-6418
   Email:  robert.knief@usdoj.gov
6  *Counsel for the United States*

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8                          -oOo-

9  UNITED STATES OF AMERICA,          )
                                      )   Case No.: 2:16-cr-0032-JCM-GWF
10              Plaintiff,            )
                                      )   **GOVERNMENT RESPONSE TO**
11      vs.                           )   **DEFENSE MOTION FOR**
                                      )   **RETURN OF PASSPORT**
12  MARY GREEN,                       )
                                      )
13              Defendant.            )
   _____     )

14      Plaintiff United States of America, by and through Dayle Elieson, United

15  States Attorney, and Robert A. Knief, Assistant United States Attorney, has no

16  objection to the return of defendant's passport.  (ECF #176).

17      DATED this 1st day of November, 2018.

18                              Respectfully submitted,

19                              DAYLE ELIESON
                                United States Attorney
20
                                */s/ Robert A. Knief*
21                              ROBERT A. KNIEF
                                Assistant United States Attorney
22

23

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

This is to certify that the undersigned has served counsel for Defendant with the foregoing by means of electronic filing and/or U.S. Mail.

Dated this <u>1st</u> day of November, 2018.


/s/ Robert A. Knief
ROBERT A. KNIEF
Assistant United States Attorney

2