# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-32 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| EMILE EDWARD BOUARI, et al., | |
| Defendant(s). | |

Presently before the court is the United States of America's ("the government") motion to dismiss. (ECF No. 227). Although Emile Edward Bouari ("defendant") has not yet responded and the time to do so has not yet passed, the court nonetheless finds it appropriate to adjudicate the instant motion.

Defendant entered into a pretrial diversion agreement with the government. (ECF No. 217). Pursuant to that agreement, defendant was placed on a six-month period of pretrial diversion. *Id.* The government indicates that it has received a certificate of completion of pretrial diversion program on January 15, 2020. (ECF No. 227 at 1). Thus, the government now moves to dismiss the indictment as to defendant Bouari. *Id.*

The court finds that defendant has successfully completed his six-month period of pretrial diversion. Therefore, the court grants the government's motion and dismisses the indictment as to defendant Bouari.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to dismiss (ECF No. 227) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the indictment and charges therein be, and the same hereby are, DISMISSED as to defendant Bouari.

DATED January 23, 2020.

_____
UNITED STATES DISTRICT JUDGE