UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>EMILE EDWARD BOUARI, et al.,<br><br>Defendant(s). | Case No. 2:16-CR-32 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Bouari, et al.*, case number 2:16-cr-00032-JCM-EJY. On March 5, 2020, defendant Mary Diane Green ("defendant") filed an emergency motion to schedule immediate deferment hearing. (ECF No. 240). The court has attempted to contact defendant's counsel, Bret Whipple, to obtain a copy of defendant's pretrial diversion agreement. Mr. Whipple has not provided the court with the agreement. Thus, the court denies defendant's motion without prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's emergency motion to schedule immediate deferment hearing (ECF No. 240) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that Mr. Whipple shall provide the court with a copy of defendant's pretrial diversion agreement within 14 days of this order. Upon receipt of the agreement, the court will set a hearing on the agreement at its earliest opportunity.

DATED March 9, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**